**(Official Form 1)  (04/07)**

<table>
<tr><td colspan="2">

### United States Bankruptcy Court
### Northern District of Illinois
</td><td>

### Voluntary Petition
</td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Innovations Design Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-4383579** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**514 W. Northwest Highway**<br>**Mt. Prospect, IL**<br><div align="right">ZIPCODE **60056**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div align="right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**514 W. Northwest Highway, Mt. Prospect, IL** <div align="right">ZIPCODE **60056**</div> |
|---|

<table>
<tr>
<td>

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
</td>
<td>

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

---

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).
</td>
<td>

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☑ Chapter 7      ☐ Chapter 15 Petition for
☐ Chapter 9         Recognition of a Foreign
☐ Chapter 11        Main Proceeding
☐ Chapter 12     ☐ Chapter 15 Petition for
☐ Chapter 13        Recognition of a Foreign
                    Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☑ Debts are primarily business debts.
</td>
</tr>
</table>

<table>
<tr>
<td>

<div align="center">

**Filing Fee** (Check one box)
</div>

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.
</td>
<td>

<div align="center">

**Chapter 11 Debtors:**
</div>

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

<table>
<tr>
<td>

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.
</td>
<td>

THIS SPACE IS FOR COURT USE ONLY
</td>
</tr>
</table>

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (04/07)**                                                                                    **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Innovations Design Group, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>     ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>     ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (04/07)

FORM B1, Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Innovations Design Group, Inc.**

| Signatures |
| --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ John E. Gierum**
Signature of Attorney for Debtor(s)

**John E. Gierum 0951803**
Printed Name of Attorney for Debtor(s)

**Gierum & Mantas 9700 W. Higgins Road**
Firm Name

**Suite 1015**
Address

**Rosemont, IL 60018**

**(847) 318-9130**
Telephone Number

**November 12, 2007**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stacey Schimka**
Signature of Authorized Individual

**Stacey Schimka**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 12, 2007**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

**Innovations Design Group, Inc.** _____   Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 678,654.99 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2,906.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 196,142.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 421,363.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 24 | $ 678,654.99 | $ 620,412.58 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

__Innovations Design Group, Inc.__ _____    Chapter **7**_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................... $ _____ **4,700.00**

    Prior to the filing of this statement I have received ............................................................ $ _____ **4,700.00**

    Balance Due ................................................................................................ $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **N/A**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **2004 examinations, contested hearings and adversary proceedings**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **November 12, 2007** _____         __**/s/ John E. Gierum**_____
                  Date                                                    Signature of Attorney

                                                      **Gierum & Mantas 9700 W. Higgins Road**
                                                      _____
                                                                  Name of Law Firm

IN RE **Innovations Design Group, Inc.**      Case No. _____

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL**    0.00 | |

(Report also on Summary of Schedules)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Innovations Design Group, Inc.**

Debtor(s)                                      Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking/ Cornerstone National Bank & Trust Company** | | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **various** | | 465,679.99 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Innovations Design Group, Inc.** _____     Case No. _____
                                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1/2 int. 2003 Jeep Liberty** | | **4,500.00** |
| | | **2001 Chevrolet Pickup Truck** | | **5,225.00** |
| | | **2003 Chevrolet Cargo Truck** | | **10,000.00** |
| | | **2004 Chevrolet Pickup Truck** | | **11,550.00** |
| | | **2005 Chevrolet Suburban** | | **17,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment and related** | | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **showroom displays, 5 kitchens, 1 bath and 1 home theater and related  (at cost)** | | **162,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Innovations Design Group, Inc.**

Debtor(s)                                    Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **678,654.99** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6C  (04/07)

IN RE **Innovations Design Group, Inc.**                                           Case No. _____

Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06)

**IN RE** Innovations Design Group, Inc.

Debtor(s)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GMAC**<br>**P.O. Box 2182**<br>**Greeley, CO  80632** | X | | **2004 Chevrolet pickup truck**<br><br><br>VALUE $ **11,550.00** | | | | 1,672.17 | |
| ACCOUNT NO.<br><br>**Harris Bank Barrington**<br>**P.O. Box 6201**<br>**Carol Stream, IL  60197-6201** | X | | **2003 Chevrolet cargo truck**<br><br><br>VALUE $ **10,000.00** | | | | 1,234.02 | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **2,906.19** | $ |
| Total<br>(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **2,906.19** | $ |

__0__ continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07)

IN RE **Innovations Design Group, Inc.**                                    Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE** Innovations Design Group, Inc.
_____    Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carlos I. Leon<br>3444 South Ridgeland<br>Berwyn, IL  60402** | | | | | | | 1,326.40 | 1,326.40 | |
| ACCOUNT NO.<br>**Daniel Camacho<br>38285 N. Sheridan Road, Apt. 186<br>Beach Park, IL  60087** | | | | | | | 1,176.11 | 1,176.11 | |
| ACCOUNT NO.<br>**Eduardo Fructuoso<br>240 Washington<br>Highwood, IL  60040** | | | | | | | 1,151.84 | 1,151.84 | |
| ACCOUNT NO.<br>**George Leon<br>3444 S. Ridgeland Avenue<br>Berwyn, IL  60402** | | | | | | | 968.19 | 968.19 | |
| ACCOUNT NO.<br>**Guillermo Boraisaca<br>2230 W. Leamington<br>Chicago, IL  60630** | | | | | | | 704.43 | 704.43 | |
| ACCOUNT NO.<br>**Holly Napravnik<br>1590 Oakwood Avenue<br>Des Plaines, IL  60016** | | | | | | | 579.15 | 579.15 | |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $   **5,906.12**    $   **5,906.12**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

IN RE **Innovations Design Group, Inc.**                                    Case No. _____
                                        Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Jaime Cortez** <br> **2432 South Central Avenue** <br> **Cicero, IL  60804** | | | | | | | 1,243.72 | 1,243.72 | |
| ACCOUNT NO. <br> **Jozef Zachara** <br> **1805 Welwyn** <br> **Des Plaines, IL  60018** | | | | | | | 1,141.71 | 1,141.71 | |
| ACCOUNT NO. <br> **Juan R. Arana** <br> **3322 S. 57th Avenue** <br> **Cicero, IL  60804** | | | | | | | 1,430.95 | 1,430.95 | |
| ACCOUNT NO. <br> **Marian Szwarcenberg** <br> **1805 Welwyn Avenue** <br> **Des Plaines, IL  60018** | | | | | | | 3,847.07 | 3,847.07 | |
| ACCOUNT NO. <br> **Nick Stier** <br> **602 Grant Street** <br> **Harvard, IL  60033** | | | | | | | 881.10 | 881.10 | |
| ACCOUNT NO. <br> **Noe Montesinos** <br> **2602 Rohlwing Road** <br> **Rolling Meadows, IL  60008** | | | | | | | 1,431.12 | 1,431.12 | |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ 9,975.67   $ 9,975.67   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $        $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE** Innovations Design Group, Inc.

Debtor(s)    Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Robert S. Kornfeind**<br>**1152 Pheasant Ridge**<br>**Lake Zurich, IL  60047** | | | | | | | **1,525.86** | **1,525.86** | |
| ACCOUNT NO.<br>**Shay L. Tomlinson**<br>**203 Sandblook Road, Apt. 8**<br>**Algonquin, IL  60102** | | | | | | | **1,217.90** | **1,217.90** | |
| ACCOUNT NO.<br>**William R. Ruth**<br>**2910 Geneva Lane**<br>**Lake In The Hills, IL  60156** | | | | | | | **1,232.89** | **1,232.89** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **3,976.65**    $ **3,976.65**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

**IN RE** Innovations Design Group, Inc.

_____
Debtor(s)

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Deposits by individuals
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Grant And Lisa Skeens** <br> **453 West Cook Avenue** <br> **Mt. Prospect, IL  60056** | | | | | | | **74,626.00** | **2,425.00** | **72,201.00** |
| ACCOUNT NO. <br> **James And Stacy Rechtin** <br> **838 North East Avenue** <br> **Oak Park, IL  60302** | | | | | | | **34,417.00** | **2,425.00** | **31,992.00** |
| ACCOUNT NO. <br> **John And Laura Mech** <br> **1004 Cherry Street** <br> **Winnetka, IL  60093** | | | | | | | **37,414.25** | **2,425.00** | **34,989.25** |
| ACCOUNT NO. <br> **Nobles** | | | | | | | **326.09** | **326.09** | |
| ACCOUNT NO. <br> **Sean And Tracy McGonagle** <br> **5 Poplar Court** <br> **Buffalo Grove, IL  60089** | | | | | | | **25,055.43** | **2,425.00** | **22,630.43** |
| ACCOUNT NO. <br> **Sherri Fink** <br> **918 W. Crescent** <br> **Park Ridge, IL  60068** | | | | | | | **4,445.70** | **2,425.00** | **2,020.70** |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **176,284.47**  $ **12,451.09**  $ **163,833.38**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **196,142.91**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **32,309.53**  $ **163,833.38**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06)

IN RE **Innovations Design Group, Inc.**                                            Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **A Roofing Cedar Works** **1319 Adams Street** **North Chicago, IL 60064** | | | | | | | 14,985.00 |
| ACCOUNT NO. | | | | | | | |
| **Acorn Kitchens Limited** **56 Trillium Park Place** **Kitchener** **Ontario Canada, N2E 1X1** | | | | | | | 624.51 |
| ACCOUNT NO. | X | | | | | | |
| **Advanta Business Card** **P.O. Box 8088** **Philadelphia, PA 19101-8088** | | | | | | | 37,193.04 |
| ACCOUNT NO. | X | | | | | | |
| **American Express** **Suite 0002** **Chicago, IL 60679-0002** | | | | | | | 19,530.89 |

|  | Subtotal (Total of this page) | $ | 72,333.44 |
|---|---|---|---|
| ___**8** continuation sheets attached | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Innovations Design Group, Inc.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aquabrass International** <br> 3139 N. Andrews Avenue <br> Pompano Beach, FL 33064 | | | | | | | 28.92 |
| ACCOUNT NO. **1 13062 5** <br> **ARC Disposal & Recycling Co.** <br> 2101 S. Busse <br> Mt. Prospect, IL 60056 | | | | | | | 882.50 |
| ACCOUNT NO. <br> **Bank Of America** <br> P.O. Box 15726 <br> Wilmington, DE 19886-5726 | X | | | | | | 7,594.81 |
| ACCOUNT NO. <br> **Bravura** <br> **Central Indiana Hardware** <br> P.O. Box 2025 <br> Indianapolis, IN 46206-2025 | | | | | | | 965.16 |
| ACCOUNT NO. <br> **Burke Custom Interiors, Inc.** <br> 206 Bradwell Road <br> Inverness, IL 60010 | | | | | | | 7,960.00 |
| ACCOUNT NO. **4791-241** <br> **Capital One F.S.B.** <br> P.O. Box 60067 <br> City Of Industry, CA 91716-0067 | X | | | | | | 14,343.12 |
| ACCOUNT NO. <br> **Cedar Roofing Co., Inc.** <br> 27820 N. Irma Lee Circle <br> Lake Forest, IL 60045 | | | | | | | 16,075.00 |

Sheet no. **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,849.51**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Innovations Design Group, Inc.**                     Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chase** P.O. Box 15153 Wilmington, DE  19886-5153 | X | | | | | | 17,312.68 |
| ACCOUNT NO. **Comprehensive Brands, Inc.** 20 Danada Square West Wheaton, IL  60187 | | | | | | | 2,698.00 |
| ACCOUNT NO. **Concrete Connections, Inc.** 1189 Magnolia Street Gurnee, IL  60031 | | | | | | | 2,060.00 |
| ACCOUNT NO. **Contractors Material, Inc.** 2250 North Rand Road Palatine, IL  60067 | | | | | | | 4,517.29 |
| ACCOUNT NO. **Discover** P.O. Box 6011 Dover, DE  19903-6011 | X | | | | | | 7,839.00 |
| ACCOUNT NO. **Dwight Bohne** C/O Judith L. Johnson, Esq. 5796 Archer Avenue Chicago, IL  60638 | | | minority shareholder interest in debtor corporation **Subject to Setoff** | X | X | X | **unknown** |
| ACCOUNT NO. **Earthstone Surfaces** 511 North Avenue Libertyville, IL  60048 | | | | | | | 3,071.00 |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 37,497.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Innovations Design Group, Inc.**                    Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ERA USA Real Estate <br> 1434 East Hintz Road <br> Arlington Heights, IL 60004** | | | | | | | 4,500.00 |
| ACCOUNT NO. <br> **Evanston Lumber <br> 1001 Sherman Avenue <br> Evanston, IL 60202** | | | | | | | 67,519.52 |
| ACCOUNT NO. **10780** <br> **Fire & Security Systems, Inc. <br> 724 E. Kensington Road <br> Arlington Heights, IL 60004** | | | | | | | 78.00 |
| ACCOUNT NO. <br> **Gatwood Crane Service, Inc. <br> 2345 East Hamilton Road <br> Arlington Heights, IL 60005** | | | | | | | 2,502.28 |
| ACCOUNT NO. **154 1267** <br> **GMAC <br> P.O. Box 9001948 <br> Louisville, KY 40290-1948** | X | | | | | | 557.39 |
| ACCOUNT NO. <br> **Hafele <br> P.O. Box 75352 <br> Charlotte, NC 28275** | | | | | | | 256.40 |
| ACCOUNT NO. <br> **Heat Cool Service Co. <br> 4001 North Elston Avenue <br> Chicago, IL 60618** | | | | | | | 6,606.00 |

Sheet no. ____**3**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    82,019.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

Official Form 6F (10/06) - Cont.

IN RE **Innovations Design Group, Inc.**                         Case No. _____
                                   Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Hico Group** **Cucina Faucets** **931 West 19th Street** **Chicago, IL  60608** | | | | | | | 1,112.00 |
| ACCOUNT NO. | | | | | | | |
| **Illinois Brick Company** **5191 Payshere Circle** **Chicago, IL  60674** | | | | | | | 1,109.10 |
| ACCOUNT NO. | | | | | | | |
| **Jamo US, Inc.** **1177 Corporate Grove Drive** **Buffalo Grove, IL  60089** | | | | | | | 192.34 |
| ACCOUNT NO. | | | | | | | |
| **Jesse White** **Secretary Of State - Dept. Of Bus. Serv.** **501 S. 2nd Street, Rm. 328** **Springfield, IL  62756** | | | | | | | 78.00 |
| ACCOUNT NO. | | | | | | | |
| **KB Plumbing, Inc.** **780 N. St. Mary's Road** **Libertyville, IL  60048** | | | | | | | 10,100.00 |
| ACCOUNT NO. **7988** | | | | | | | |
| **Kessler, Orlean, Silver & Co.** **1101 Lake Cook Road, Ste. C** **Deerfield, IL  60015** | | | | | | | 1,500.00 |
| ACCOUNT NO. | | | | | | | |
| **Keyth Security** **1575 Oakwood Avenue** **Highland Park, IL  60035** | | | | | | | 216.25 |

Sheet no. _____**4**__ of ____**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 14,307.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Innovations Design Group, Inc.
_____
Debtor(s)                                    Case No. _____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Lakeview Appliance Distributing** Dept. CH 17485 Palatine, IL 60067 | | | | | | | 8,030.00 |
| ACCOUNT NO. | | | | | | | |
| **M & W Decorating Service** 1339 S. Tess Lane Round Lake, IL 60073 | | | | | | | 14,695.00 |
| ACCOUNT NO. | | | | | | | |
| **Marble & Tile Design, Inc.** 28915 N. Herley Dive, Suite 112 Lake Bluff, IL 60044 | | | | | | | 30,070.00 |
| ACCOUNT NO. | | | | | | | |
| **Menoni & Mocogni, Inc.** 2160 Skokie Valley Road Highland Park, IL 60035 | | | | | | | 1,362.66 |
| ACCOUNT NO. | | | | | | | |
| **Midwest Jobbers, Inc.** 3620 Ohio Avenue St. Charles, IL 60174 | | | | | | | 52.66 |
| ACCOUNT NO. | | | | | | | |
| **Miguel's Construction** 3106 20th Street Zion, IL 60099 | | | | | | | 7,600.00 |
| ACCOUNT NO. | | | | | | | |
| **Nick's Construction Of Illinois, Inc.** 3487 Grandmore Avenue Gurnee, IL 60031 | | | | | | | 16,601.00 |

Sheet no. **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 78,411.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Innovations Design Group, Inc.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NKBA Chicago Midwest Chapter<br>C/O Alan Lincoln Yates/Lincoln Kitchens<br>1104 Shiloh Boulevard<br>Zion, IL 60099** | | | | | | | 300.00 |
| ACCOUNT NO.<br>**Northwest Millwork<br>455 East Jarvis Avenue<br>Des Plaines, IL 60018** | | | | | | | 10,733.95 |
| ACCOUNT NO.<br>**Novak & Parker<br>1016 E. Northwest Highway<br>Mt. Prospect, IL 60056** | | | | | | | 1,187.00 |
| ACCOUNT NO.<br>**Omni Commercial Services, Inc.<br>P.O. Box 224<br>Algonquin, IL 60102** | | | | | | | 11,625.00 |
| ACCOUNT NO.<br>**Owl Lumber<br>926 South Graceland<br>Des Plaines, IL 60016** | | | | | | | 626.88 |
| ACCOUNT NO.<br>**Paul's Hardwood Flooring, Inc.<br>9104 North Mason<br>Morton Grove, IL 60053** | | | | | | | 11,000.00 |
| ACCOUNT NO.<br>**Plain & Fancy<br>P.O. Box 519<br>Schaefferstown, PA 17088** | | | | | | | 9,883.02 |

Sheet no. **6** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,355.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Innovations Design Group, Inc.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **R Value, Inc.** <br> **P.O. Box 298** <br> **Round Lake Beach, IL  60073** | | | | | | | 2,075.00 |
| ACCOUNT NO. <br><br> **Ron Bow Material Corp.** <br> **C/O Accounting Dept. 3850** <br> **38503-I Cherry Street** <br> **Newark, CA  94560** | | | | | | | 243.60 |
| ACCOUNT NO. <br><br> **Scandia Painting & Decorating Co.** <br> **410 Dara James Road** <br> **Des Plaines, IL  60016** | | | | | | | 1,300.00 |
| ACCOUNT NO. <br><br> **Sorrento** <br> **Decor Cabinets** <br> **P.O. Box 2110** <br> **Morden MB Canada,     R6M 1B8** | | | | | | | 20,817.20 |
| ACCOUNT NO. <br><br> **Step 1 Stairworks, Inc.** <br> **201 N. Somonauk Road** <br> **Hinckley, IL  60520** | | | | | | | 1,970.00 |
| ACCOUNT NO. <br><br> **Stock Building Supply** <br> **40 Porter Drive** <br> **Round Lake Park, IL  60073** | | | | | | | 182.70 |
| ACCOUNT NO. <br><br> **Stone Design, Inc.** <br> **598 Mitchell Road** <br> **Glendale Heights, IL  60139** | | | | | | | 1,549.00 |

Sheet no. **7** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,137.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

**IN RE** Innovations Design Group, Inc.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stonecrafters**<br>430 Wegner Road<br>Lakemoor, IL 60051 | | | | | | | 5,117.99 |
| ACCOUNT NO.<br>**Studio 41**<br>3160 Skokie Valley Road<br>Highland Park, IL 60035 | | | | | | | 8,497.15 |
| ACCOUNT NO.<br>**Summit Media** | | | | | | | 87.00 |
| ACCOUNT NO.<br>**Switch Gear**<br>252 Howard Avenue<br>Des Plaines, IL 60018 | | | | | | | 145.00 |
| ACCOUNT NO.<br>**Top Knobs**<br>P.O. Box 779<br>Belle Mead, NJ 08502 | | | | | | | 174.28 |
| ACCOUNT NO.<br>**Vutec Corporation**<br>2741 NE 4 Avenue<br>Pompano Beach, FL 33064 | | | | | | | 1,429.19 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 15,450.61

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 421,363.48

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Innovations Design Group, Inc.** _____    Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Innovations Design Group, Inc.**                                                    Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John And Stacey Schimka** | **Harris Bank Barrington**<br>**P.O. Box 6201**<br>**Carol Stream, IL  60197-6201**<br><br>**GMAC**<br>**P.O. Box 2182**<br>**Greeley, CO  80632**<br><br>**Advanta Business Card**<br>**P.O. Box 8088**<br>**Philadelphia, PA  19101-8088**<br><br>**American Express**<br>**Suite 0002**<br>**Chicago, IL  60679-0002**<br><br>**Bank Of America**<br>**P.O. Box 15726**<br>**Wilmington, DE  19886-5726**<br><br>**Capital One F.S.B.**<br>**P.O. Box 60067**<br>**City Of Industry, CA  91716-0067**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE  19886-5153**<br><br>**Discover**<br>**P.O. Box 6011**<br>**Dover, DE  19903-6011**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY  40290-1948** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Declaration (10/06)

**IN RE** <u>Innovations Design Group, Inc.</u>                                        Case No. _____
                          Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                              Debtor

Date: _____    Signature: _____
                                                                                      (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Innovations Design Group, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 12, 2007** _____    Signature: ***/s/ Stacey Schimka*** _____

                                  **Stacey Schimka** _____
                                                        (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 7  (04/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Innovations Design Group, Inc.

_____
Debtor(s)

Case No. _____

Chapter **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 917,293.75 | 1/1/07 - 10/25/07 |
| 4,341,664.90 | 2006 |
| 3,565,005.60 | 2005 |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Cornerstone National Bank And Trust<br>One West Northwest Highway<br>Palatine, IL  60067 | 8/4/07; 8/17/07 and 10/4/07<br>(Note payments) | 10,861.08 | 65,350.45 |
| Cornerstone National Bank And Trust<br>One West Northwest Highway<br>Palatine, IL  60067 | 7/28/07; 8/17/07 and 9/28/07 interest<br>payments<br>($75,000.00 line of credit) | 1,725.00 | 75,000.00 |
| Cornerstone National Bank And Trust<br>One West Northwest Highway<br>Palatine, IL  60067 | 8/4/07; 8/17/07 and 10/4/07<br>(rent payments) | 6,629.73 | 39,891.14 |
| Cornerstone National Bank And Trust<br>One West Northwest Highway<br>Palatine, IL  60067 | 8/7/07 and 9/25/07<br>($98,000.00 line of credit against<br>Schimka home) | 1,299.47 | 98,000.00 |
| Harris Bank Barrington<br>P.O. Box 6201<br>Carol Stream, IL  60197-6201 | 7/6/07 and 9/11/07<br>(Car loan for 2003 Chevy Express<br>Cargo Van) | 822.68 | 1,627.43 |
| GMAC<br>P.O. Box 2182<br>Greeley, CO  80632 | 7/6/07; 8/6/07 and 9/11/07<br>(Car loan for 2005 Chevy Suburban) | 2,807.49 | 15,649.65 |
| GMAC<br>P.O. Box 2182<br>Greeley, CO  80632 | 7/10/07; 8/6/07; and 9/11/07<br>(Car loan for 2004 Chevy Silverado) | 1,672.17 | 1,672.17 |
| Acorn Kitchens | 9/5/07 - Deposit for Patel Job for 50%<br>of cabinetry | 10,000.00 | 10,000.00 |
| Acorn Kitchens | 9/5/07 - Deposit for Mech Job for<br>50% of cabinetry | 11,000.00 | 11,000.00 |
| Stonecrafters | 8/1/07 - 50% deposit for countertops<br>for Corbett job | 1,550.00 | 1,550.00 |
| Stonecrafters | 7/25/07 - 50% deposit on<br>countertops for George job | 604.87 | 604.87 |
| Earthstone | 10/9/07 - 50% deposit on<br>countertops for George job | 745.75 | 745.75 |
| Earthstone | 9/19/07 50% deposit on countertops<br>for George job | 1,539.50 | 1,539.50 |
| B&G Marble And Granite, Inc. | 10/11/07 - 50% deposit on<br>countertops for George job | 1,310.00 | 1,310.00 |
| Advanta Business Card | 7/23/07; 8/21/07; 9/24/07; and 10/8/07 | 57,324.85 | 37,193.00 |
| American Express | 8/6/07 and 8/10/07 | 9,697.03 | 19,530.89 |
| American Express Gold | 9/19/07 | 22,149.40 | 0.00 |
| Capital One | 10/1/07 | 18,586.84 | 14,343.12 |
| Chase Card Services | 9/15/07 | 27,993.98 | 17,312.68 |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑   preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.
    (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint
    petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☐   who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
    a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
| --- | --- | --- | --- |
| Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL  60016<br>President | 9/10/07 | 1,447.00 | 98,000.00 |
| Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL  60016 | 8/9/07 - Reimbursement for cleaning<br>of clients' house | 400.00 | 0.00 |

**President**

| | | | |
|---|---|---|---|
| Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL  60016<br>**President** | **3/6/07 - Reimbursement for office supplies and Ipass charge** | **287.70** | **0.00** |
| Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL  60016<br>**President** | **2/6/07** | **3,000.00** | **28,002.03** |
| Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL  60016<br>**President** | **12/19/06 - Reimbursement for office supplies and employee Christmas gifts which were paid with personal credit card** | **2,543.10** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dwight Bohne v. Innovations et al.** | **Shareholder suit** | **Cook County** | **pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gierum & Mantas**<br>**9700 West Higgins Road** | **10/2007** | **5,000.00** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Rosemont, IL  60018

---

### 10. Other transfers

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Innovations Design Group, Inc.** | 36-4383579 | **514 W. Northwest Highway Mt. Prospect, IL 60056** | **General Contractor; Carpentry Contractor; and Kitchen and Bath Sales and Design** | 8/1/2000 - 10/30/2007 |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Holly Napravnik 1590 Oakwood Avenue Des Plaines, IL 60016** | **7/19/07 - 10/24/07** |
| **Lindsay A. Meyers 1408 Indigo Drive Mt. Prospect, IL 60056** | **6/13/05 - 7/27/07** |
| **Jeff Arnol Kessler Orlean & Silver 1101 Lake Cook Road, Ste. C Deerfield, IL 60015** | **8/1/00 - 10/30/07** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pekin Insurance 2505 Court Street Pekin, IL 61558-0001** | **Feb./March of 2005, 2006 and 2007** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Jeff Arnol**
**Kessler Orlean & Silver**
**1101 Lake Cook Road, Ste. C**
**Deerfield, IL  60015**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                    DATE ISSUED
**Cornerstone National Bank & Trust**
**One Northwest Highway**
**Palatine, IL  60067**

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Stacey Schimka**<br>**1263 Henry Avenue**<br>**Des Plaines, IL  60016** | **President** | **33.33%** |
| **John Schimka**<br>**1263 Henry Avenue**<br>**Des Plaines, IL  60016** | **Secretary** | **33.33%** |
| **Dwight Bohne**<br>**1102 Oak Ridge Drive**<br>**Streamwood, IL  60107** | **Stock Holder** | **33.33%** |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Dwight Bohne**<br>**1102 Oak Ridge Drive**<br>**Streamwood, IL  60107** | **Vice President** | **7/1/2006(disputed)** |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John & Stacey Schimka** | **see 3c** | |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **American Funds - Simple IRA** | |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 12, 2007**          Signature: ***/s/ Stacey Schimka***

**Stacey Schimka, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Innovations Design Group, Inc.** _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November 12, 2007** _____    **/s/ Stacey Schimka** _____
                          Debtor

                          _____
                          Joint Debtor

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Innovations Design Group, Inc.**
514 W. Northwest Highway
Mt. Prospect, IL  60056

**Burke Custom Interiors, Inc.**
206 Bradwell Road
Inverness, IL  60010

**Daniel Camacho**
38285 N. Sheridan Road, Apt. 186
Beach Park, IL  60087

**Gierum & Mantas**
9700 W. Higgins Road
Suite 1015
Rosemont, IL  60018

**Capital One F.S.B.**
P.O. Box 60067
City Of Industry, CA  91716-0067

**Discover**
P.O. Box 6011
Dover, DE  19903-6011

**A Roofing Cedar Works**
1319 Adams Street
North Chicago, IL  60064

**Carlos I. Leon**
3444 South Ridgeland
Berwyn, IL  60402

**Donald And Jenny Bae**
1384 Arcady Drive
Lake Forest, IL  60045

**Acorn Kitchens Limited**
56 Trillium Park Place
Kitchener
Ontario Canada,    N2E 1X1

**Cedar Roofing Co., Inc.**
27820 N. Irma Lee Circle
Lake Forest, IL  60045

**Dwight Bohne**
C/O Judith L. Johnson, Esq.
5796 Archer Avenue
Chicago, IL  60638

**Advanta Business Card**
P.O. Box 8088
Philadelphia, PA  19101-8088

**Chappelle Construction**
2728 Lincoln Street
Evanston, IL  60201

**Earthstone Surfaces**
511 North Avenue
Libertyville, IL  60048

**American Express**
Suite 0002
Chicago, IL  60679-0002

**Chase**
P.O. Box 15153
Wilmington, DE  19886-5153

**Eduardo Fructuoso**
240 Washington
Highwood, IL  60040

**Aquabrass International**
3139 N. Andrews Avenue
Pompano Beach, FL  33064

**Comprehensive Brands, Inc.**
20 Danada Square West
Wheaton, IL  60187

**ERA USA Real Estate**
1434 East Hintz Road
Arlington Heights, IL  60004

**ARC Disposal & Recycling Co.**
2101 S. Busse
Mt. Prospect, IL  60056

**Concrete Connections, Inc.**
1189 Magnolia Street
Gurnee, IL  60031

**Evanston Lumber**
1001 Sherman Avenue
Evanston, IL  60202

**Bank Of America**
P.O. Box 15726
Wilmington, DE  19886-5726

**Contractors Material, Inc.**
2250 North Rand Road
Palatine, IL  60067

**Fire & Security Systems, Inc.**
724 E. Kensington Road
Arlington Heights, IL  60004

**Bravura**
Central Indiana Hardware
P.O. Box 2025
Indianapolis, IN  46206-2025

**Corbett**
512 N. Merrill Street
Park Ridge, IL  60068

**Gatwood Crane Service, Inc.**
2345 East Hamilton Road
Arlington Heights, IL  60005

George Leon
3444 S. Ridgeland Avenue
Berwyn, IL  60402

Illinois Brick Company
5191 Payshere Circle
Chicago, IL  60674

Kessler, Orlean, Silver & Co.
1101 Lake Cook Road, Ste. C
Deerfield, IL  60015

GMAC
P.O. Box 2182
Greeley, CO  80632

Jaime Cortez
2432 South Central Avenue
Cicero, IL  60804

Keyth Security
1575 Oakwood Avenue
Highland Park, IL  60035

GMAC
P.O. Box 9001948
Louisville, KY  40290-1948

James And Stacy Rechtin
838 North East Avenue
Oak Park, IL  60302

Lakeview Appliance Distributing
Dept. CH 17485
Palatine, IL  60067

Grant And Lisa Skeens
453 West Cook Avenue
Mt. Prospect, IL  60056

Jamo US, Inc.
1177 Corporate Grove Drive
Buffalo Grove, IL  60089

Lee And Dana Kotler
2707 North Lincoln, Unit L
Chicago, IL  60614

Guillermo Boraisaca
2230 W. Leamington
Chicago, IL  60630

JB And Lisa Fleisher
1244 Linden Avenue
Highland Park, IL  60035

M & W Decorating Service
1339 S. Tess Lane
Round Lake, IL  60073

Hafele
P.O. Box 75352
Charlotte, NC  28275

Jesse White
Secretary Of State - Dept. Of Bus. Serv.
501 S. 2nd Street, Rm. 328
Springfield, IL  62756

Marble & Tile Design, Inc.
28915 N. Herley Dive, Suite 112
Lake Bluff, IL  60044

Harris Bank Barrington
P.O. Box 6201
Carol Stream, IL  60197-6201

John And Laura Mech
1004 Cherry Street
Winnetka, IL  60093

Marian Szwarcenberg
1805 Welwyn Avenue
Des Plaines, IL  60018

Heat Cool Service Co.
4001 North Elston Avenue
Chicago, IL  60618

Jozef Zachara
1805 Welwyn
Des Plaines, IL  60018

Menoni & Mocogni, Inc.
2160 Skokie Valley Road
Highland Park, IL  60035

Hico Group
Cucina Faucets
931 West 19th Street
Chicago, IL  60608

Juan R. Arana
3322 S. 57th Avenue
Cicero, IL  60804

Midwest Jobbers, Inc.
3620 Ohio Avenue
St. Charles, IL  60174

Holly Napravnik
1590 Oakwood Avenue
Des Plaines, IL  60016

KB Plumbing, Inc.
780 N. St. Mary's Road
Libertyville, IL  60048

Miguel's Construction
3106 20th Street
Zion, IL  60099

Nick Stier
602 Grant Street
Harvard, IL  60033

R Value, Inc.
P.O. Box 298
Round Lake Beach, IL  60073

Sorrento
Decor Cabinets
P.O. Box 2110
Morden MB Canada,     R6M 1B8


Nick's Construction Of Illinois, Inc.
3487 Grandmore Avenue
Gurnee, IL  60031

Rob And Laura Ryndak
407 Prospect Manor
Mt. Prospect, IL  60056

Step 1 Stairworks, Inc.
201 N. Somonauk Road
Hinckley, IL  60520


NKBA Chicago Midwest Chapter
C/O Alan Lincoln Yates/Lincoln Kitchens
1104 Shiloh Boulevard
Zion, IL  60099

Robert S. Kornfeind
1152 Pheasant Ridge
Lake Zurich, IL  60047

Stock Building Supply
40 Porter Drive
Round Lake Park, IL  60073


Noe Montesinos
2602 Rohlwing Road
Rolling Meadows, IL  60008

Rolfe/Passmore
729 Judson
Evanston, IL  60202

Stone Design, Inc.
598 Mitchell Road
Glendale Heights, IL  60139


Northwest Millwork
455 East Jarvis Avenue
Des Plaines, IL  60018

Ron Bow Material Corp.
C/O Accounting Dept. 3850
38503-I Cherry Street
Newark, CA  94560

Stonecrafters
430 Wegner Road
Lakemoor, IL  60051


Novak & Parker
1016 E. Northwest Highway
Mt. Prospect, IL  60056

Scandia Painting & Decorating Co.
410 Dara James Road
Des Plaines, IL  60016

Studio 41
3160 Skokie Valley Road
Highland Park, IL  60035


Omni Commercial Services, Inc.
P.O. Box 224
Algonquin, IL  60102

Sean And Tracy McGonagle
5 Poplar Court
Buffalo Grove, IL  60089

Switch Gear
252 Howard Avenue
Des Plaines, IL  60018


Owl Lumber
926 South Graceland
Des Plaines, IL  60016

Shay L. Tomlinson
203 Sandblook Road, Apt. 8
Algonquin, IL  60102

Tom And Lisa George
418 S. Na Wa Ta
Mt. Prospect, IL  60056


Paul's Hardwood Flooring, Inc.
9104 North Mason
Morton Grove, IL  60053

Sherri Fink
918 W. Crescent
Park Ridge, IL  60068

Tom Madelinski
1409 Henry Avenue
Des Plaines, IL  60016


Plain & Fancy
P.O. Box 519
Schaefferstown, PA  17088

Sid And Leone Levitz
1198 Franklin Lane
Buffalo Grove, IL  60089-1225

Top Knobbs
P.O. Box 779
Belle Mead, NJ  08502

**Vijay And Jolie Patel**
**2920 E. Woodbury Drive**
**Arlington Heights, IL  60004**


**Vutec Corporation**
**2741 NE 4 Avenue**
**Pompano Beach, FL  33064**


**William R. Ruth**
**2910 Geneva Lane**
**Lake In The Hills, IL  60156**