UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
INNOVATIONS DESIGN GROUP, INC.      §      Case No. 07-21149 JBS
                                    §
          Debtor(s)                 §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____   By:/s/PHILIP V. MARTINO_____
                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-21149 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | | | Date Filed (f) or Converted (c): | 11/12/07 (f) |
| | | | | 341(a) Meeting Date: | 12/12/07 |
| For Period Ending: | 10/30/09 | | | Claims Bar Date: | 02/21/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CORNERSTONE NATIONAL BANK CHECKING | 700.00 | 0.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE | 465,679.99 | 59,388.47 | | 59,388.47 | FA |
| 3. 1/2 INTEREST IN 2003 JEEP LIBERTY | 4,500.00 | 4,000.00 | | 4,000.00 | FA |
| 4. 2001 CHEVROLET PICK UP TRUCK | 5,225.00 | 1,700.00 | | 1,700.00 | FA |
| 5. 2003 CHEVROLET CARGO TRUCK | 10,000.00 | Unknown | DA | 0.00 | 0.00 |
| 6. 2004 CHEVROLET PICK UP TRUCK | 11,550.00 | 5,100.00 | | 5,100.00 | FA |
| 7. 2005 CHEVROLET SUBURBAN Automatic Stay invoked | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 8. OFFICE EQUIPMENT | 2,000.00 | 3,006.30 | | 3,006.30 | FA |
| 9. SHOWROOM DISPLAYS | 162,000.00 | 9,727.70 | | 10,594.65 | FA |
| 10. Settlent of contract (u) | 0.00 | 3,511.12 | | 3,511.12 | FA |
| 11. IRS TAX REFUND (u) | 0.00 | 9,376.03 | | 9,376.03 | FA |
| 12. 184 Cornell Avenue, DesPlaines, IL | 0.00 | 94,250.00 | | 94,250.00 | FA |
| 13. Escrow Refund from Mount Prospect (u) | 0.00 | 400.00 | | 400.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 94.23 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $678,654.99    $190,459.62    $191,420.80    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/09

_____    Date: _____
PHILIP V. MARTINO

LFORM1    Ver: 15.02

UST Form 101-7-TFR (9/1/2009)  *(Page: 3)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-21149   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | Date Filed (f) or Converted (c): | 11/12/07 (f) |
| | | 341(a) Meeting Date: | 12/12/07 |
| | | Claims Bar Date: | 02/21/08 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-21149 -JBS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5961  BofA - Money Market Account |
| Taxpayer ID No: | *******3579 | | |
| For Period Ending: | 10/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/08 | 9 | Lakeview Appliance Distributing | Deposit for purchase of showroom di | 1129-000 | 5,100.00 | | 5,100.00 |
| | | 1065 Thorndale Avenue | | | | | |
| | | Bensenville, IL 60106 | | | | | |
| 01/23/08 | 10 | Jolie K and Vijay Patel | Settlement | 1221-000 | 3,511.12 | | 8,611.12 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.61 | | 8,611.73 |
| 02/05/08 | 000301 | International Sureties, Ltd. | Bond #016026455 Pro Rata Share | 2300-000 | | 72.88 | 8,538.85 |
| 02/22/08 | 2 | Robert and Elain Haren | Accounts Receivable | 1121-000 | 1,500.00 | | 10,038.85 |
| 02/22/08 | 2 | Paul and Roberta Keeshin | Accounts Receivable | 1121-000 | 4,000.00 | | 14,038.85 |
| 02/22/08 | 2 | Robert and Laura Ryndak | Accounts Receivable | 1121-000 | 2,500.00 | | 16,538.85 |
| 02/22/08 | 2 | Ronald and Gloria Sterkowicz | Accounts Receivable | 1121-000 | 1,070.20 | | 17,609.05 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.19 | | 17,611.24 |
| 03/10/08 | 2 | Robert and Katherine Sparr | Accounts Receivable | 1121-000 | 3,500.00 | | 21,111.24 |
| 03/19/08 | 9 | Daniel and Krena Signorini | Offer to Purchase | 1129-000 | 500.00 | | 21,611.24 |
| 03/27/08 | 11 | United States Treasury | Tax Refund | 1224-000 | 9,376.03 | | 30,987.27 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.73 | | 30,992.00 |
| * 04/22/08 | 12 | Kevin and Eileen Nohelty | Void | 1110-003 | 24,668.86 | | 55,660.86 |
| * 04/22/08 | 12 | Kevin and Eileen Nohelty | VOID | 1110-003 | -24,668.86 | | 30,992.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.35 | | 30,998.35 |
| 05/05/08 | 3 | Stacey Schimka | Sale of Auto | 1129-000 | 4,000.00 | | 34,998.35 |
| | | 1263 Henry Avenue | | | | | |
| | | Des Plaines, IL 60016 | | | | | |
| 05/12/08 | 12 | Colonial Savings/Nohelty | Real Estate | 1110-000 | 69,581.14 | | 104,579.49 |
| 05/12/08 | 12 | Kevin and Eileen Nohelty | Real Estate | 1110-000 | 24,668.86 | | 129,248.35 |
| 05/22/08 | 000302 | Cornerstone National Bank & Trust Co. | Secured Interest | 4110-000 | | 30,000.00 | 99,248.35 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 10.75 | | 99,259.10 |
| 06/20/08 | 2 | Alfred E. Hackbarth, III | Accounts Receivable | 1121-000 | 9,117.08 | | 108,376.18 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.56 | | 108,388.74 |
| 07/23/08 | 000303 | Omni Commercial Services, Inc. | Subcontractor - Lien | 4210-000 | | 11,625.00 | 96,763.74 |

Page Subtotals  138,461.62  41,697.88

Ver: 15.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 07-21149 -JBS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5961 BofA - Money Market Account |
| Taxpayer ID No: | *******3579 | | | |
| For Period Ending: | 10/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/08 | 000304 | Liberty Bell Electric, Inc. | Mechanics lien | 4210-000 | | 15,900.00 | 80,863.74 |
| 07/23/08 | 000305 | Cornerstone National Bank & Trust Co | Business Loan | 4210-000 | | 50,000.00 | 30,863.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.27 | | 30,877.01 |
| 08/04/08 | 13 | Village of Mount Prospect | Escrow Refund | 1229-000 | 400.00 | | 31,277.01 |
| 08/12/08 | 9 | Kenneth and Kristin Sorensen | Sale of Door | 1129-000 | 300.00 | | 31,577.01 |
| 08/21/08 | 2 | Brosel, Inc. | Settlement | 1121-000 | 24,701.19 | | 56,278.20 |
| 08/25/08 | 2 | G Wood Construction Inc. | Accounts Receivable | 1121-000 | 10,000.00 | | 66,278.20 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.30 | | 66,283.50 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.15 | | 66,291.65 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 6.43 | | 66,298.08 |
| 11/07/08 | 000306 | GMAC | Payoff for 2004 Silverado, VIN 1GCHC24U64E161870 Payoff of Truck to get Title. | 4210-000 | | 2,236.42 | 64,061.66 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 5.33 | | 64,066.99 |
| 12/04/08 | 2 | Mary Black | Settlement | 1121-000 | 3,000.00 | | 67,066.99 |
| 12/09/08 | 000307 | DLA Piper LLP (US) | Attorney Fees The amount sought was $32,418.50.  Court allowed $20,000 in fees.  Remainder to be considered at closing. | | | 21,310.43 | 45,756.56 |
| | | | Fees            20,000.00 | 3110-000 | | | 45,756.56 |
| | | | Expenses         1,310.43 | 3120-000 | | | 45,756.56 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.82 | | 45,759.38 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 45,759.77 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 45,760.12 |
| 03/25/09 | | Chicago Liquidators | Final Consignment Payment | | 7,951.21 | | 53,711.33 |
| | * NOTE * | CHICAGO LIQUIDATORS | Memo Amount:       14,500.95 | 1129-000 | | | |
| | | CHICAGO LIQUIDATORS | * NOTE *  Properties 4, 6, 8, 9 Memo Amount:     (    1,474.99 ) Costs | 3640-000 | | | |

Page Subtotals   46,394.44   89,446.85

Ver: 15.02

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-21149 -JBS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5961  BofA - Money Market Account |
| Taxpayer ID No: | *******3579 | | |
| For Period Ending: | 10/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO LIQUIDATORS | Memo Amount: ( 5,074.75 ) Auctioneer Fees | 3630-000 | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.54 | | 53,712.87 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.21 | | 53,715.08 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.27 | | 53,717.35 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.21 | | 53,719.56 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.28 | | 53,721.84 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.28 | | 53,724.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.21 | | 53,726.33 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 14,500.95 | COLUMN TOTALS | 184,871.06 | 131,144.73 | 53,726.33 |
| Memo Allocation Disbursements: | 6,549.74 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 184,871.06 | 131,144.73 | |
| Memo Allocation Net: | 7,951.21 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 184,871.06 | 131,144.73 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 14,500.95 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,549.74 | BofA - Money Market Account - ********5961 | 184,871.06 | 131,144.73 | 53,726.33 |
| Total Memo Allocation Net: | 7,951.21 | | 184,871.06 | 131,144.73 | 53,726.33 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      15.00      0.00

Ver: 15.02

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 7)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-21149 | | Page 1 | | Date: November 05, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | INNOVATIONS DESIGN GROUP, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Chicago, IL 60601-2124 | Administrative | | $6,340.50 | $0.00 | $6,340.50 |
| 001<br>3110-00 | DLA Piper US LLP | Administrative | | $39,858.43 | $21,310.43 | $18,548.00 |
| 000015<br>040<br>5300-00 | Holly Napravnik<br>1590 Oakwood Avenue<br>Des Plaines, IL 60016 | Priority | | $579.15 | $0.00 | $579.15 |
| 000016<br>040<br>5300-00 | Robert S. Kornfeind<br>1152 Pheasant Ridge<br>Lake Zurich, IL 60047 | Priority | | $2,059.00 | $0.00 | $2,059.00 |
| 000017<br>040<br>5300-00 | Jozef Zachara<br>1805 Welwyn<br>Des Plaines, IL 60018 | Priority | | $1,141.71 | $0.00 | $1,141.71 |
| 000018<br>040<br>5300-00 | Marian Szwarcenberg<br>1805 Welwyn Avenue<br>Des Plaines, IL 60018 | Priority | | $5,270.00 | $0.00 | $5,270.00 |
| 000020<br>040<br>5300-00 | William R. Ruth<br>2910 Geneva Lane<br>Lake In The Hills, IL 60156 | Priority | | $2,240.00 | $0.00 | $2,240.00 |
| 000021<br>040<br>5300-00 | Shay L. Tomlinson<br>203 Sandbloom Road, Apt. 8<br>Algonquin, IL 60102 | Priority | | $1,217.90 | $0.00 | $1,217.90 |
| 000023<br>040<br>5300-00 | Donald J Wojciuch<br>819 S Dunton<br>Arlington Hts, Il 60005 | Priority | | $1,749.41 | $0.00 | $1,749.41 |
| 000028B<br>040<br>5600-00 | Sean and Tracy McGonable | Priority | | $2,425.00 | $0.00 | $2,425.00 |
| 000035B<br>040<br>5600-00 | John and Laura Mech | Priority | | $2,425.00 | $0.00 | $2,425.00 |
| 000045B<br>040<br>5800-00 | Illinois Dept of Employment Security | Priority | | $851.00 | $0.00 | $851.00 |
| 000046B<br>040<br>5300-00 | Omni Commercial Services, Inc. | Priority | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-21149 | | Page 2 | | Date: November 05, 2009 |
| Debtor Name: | INNOVATIONS DESIGN GROUP, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | R Value, Inc. P.O. Box 298 Round Lake Beach, IL 60073 | Unsecured | | $2,075.00 | $0.00 | $2,075.00 |
| 000002 070 7100-00 | Stonecrafters 430 Wegner Road Lakemoor, IL 60051 | Unsecured | | $6,666.99 | $0.00 | $6,666.99 |
| 000003 070 7100-00 | Vutec Corporation 2741 NE 4 Avenue Pompano Beach, FL 33064 | Unsecured | | $1,429.19 | $0.00 | $1,429.19 |
| 000004 070 7100-00 | Tom Madelinski Fresh Look Constrution 1409 Henry Avenue Des Plaines, IL 60016 | Unsecured | | $3,012.77 | $0.00 | $3,012.77 |
| 000005 070 7100-00 | Hico Group Cucina Faucets 931 West 19th Street Chicago, IL 60608 | Unsecured | | $1,112.00 | $0.00 | $1,112.00 |
| 000006 070 7100-00 | Kessler, Orlean, Silver & Co. 1101 Lake Cook Road, Ste. C Deerfield, IL 60015 | Unsecured | | $2,625.00 | $0.00 | $2,625.00 |
| 000007 070 7100-00 | Studio 41 3160 Skokie Valley Road Highland Park, IL 60035 | Unsecured | | $14,707.85 | $0.00 | $14,707.85 |
| 000008 070 7100-00 | Ron Bow Material Corp. C/O Accounting Dept. 3850 38503-I Cherry Street Newark, CA 94560 | Unsecured | | $2,579.60 | $0.00 | $2,579.60 |
| 000009 070 7100-00 | ARC Disposal & Recycling Co. 2101 S. Busse Mt. Prospect, IL 60056 | Unsecured | | $3,265.80 | $0.00 | $3,265.80 |
| 000011 070 7100-00 | Sorrento Decor Cabinets P.O. Box 2110 Morden MB Canada,    R6M 1B8 | Unsecured | | $20,786.10 | $0.00 | $20,786.10 |
| 000012 070 7100-00 | Lakeview Appliance Distributing Attn: Daniel 1065 Thorndale Ave Bensenville, IL 60106 | Unsecured | | $8,030.00 | $0.00 | $8,030.00 |
| 000013 070 7100-00 | Novak & Parker 1016 E. Northwest Highway Mt. Prospect, IL 60056 | Unsecured | | $1,187.00 | $0.00 | $1,187.00 |
| 000014 070 7100-00 | Marble & Tile Design, Inc. 28915 N. Herley Dive, Suite 112 Lake Bluff, IL 60044 | Unsecured | | $27,630.00 | $0.00 | $27,630.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-21149 | | Page 3 | | Date: November 05, 2009 |
| Debtor Name: | INNOVATIONS DESIGN GROUP, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 | A Roofing Cedar Works<br>1319 Adams Street<br>North Chicago, IL 60064 | Unsecured | | $15,200.00 | $0.00 | $15,200.00 |
| 000022 070 7100-00 | Sherri Fink<br>918 W. Crescent<br>Park Ridge, IL 60068 | Unsecured | | $6,195.70 | $0.00 | $6,195.70 |
| 000024 070 7100-00 | Northwest Millwork<br>455 East Jarvis Avenue<br>Des Plaines, IL 60018 | Unsecured | | $25,349.26 | $0.00 | $25,349.26 |
| 000025 070 7100-00 | Heat Cool Service Co.<br>4001 North Elston Avenue<br>Chicago, IL 60618 | Unsecured | | $13,545.35 | $0.00 | $13,545.35 |
| 000026 070 7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $31,020.16 | $0.00 | $31,020.16 |
| 000027 070 7100-00 | American Express Bank FSB<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,184.61 | $0.00 | $5,184.61 |
| 000028 070 7100-00 | Sean and Tracy McGonagle<br>5 Poplar Court<br>Buffalo Grove, IL 60089 | Unsecured | | $12,930.43 | $0.00 | $12,930.43 |
| 000029 070 7100-00 | Menoni & Mocogai, Inc.<br>2160 Skokie Valley Road<br>Highland Park, IL 60035-1731 | Unsecured | | $1,362.66 | $0.00 | $1,362.66 |
| 000030 070 7100-00 | James and Stacy Rechtin<br>838 North East Avenue<br>Oak Park, IL 60302 | Unsecured | | $33,367.00 | $0.00 | $33,367.00 |
| 000031 070 7100-00 | John and Stacey Schimka<br>1263 Henry Avenue<br>Des Plaines, IL 60016 | Unsecured | | $111,129.60 | $0.00 | $111,129.60 |
| 000032 070 7100-00 | Jonathan Fleisher<br>c/o Stuart Edelstein<br>Suite 2900<br>180 North LaSalle Street<br>Chicago, IL 60601 | Unsecured | | $44,288.36 | $0.00 | $44,288.36 |
| 000033A 070 7100-00 | Liberty Bell Electric Inc.<br>22224 Highway 176<br>Mundelein, IL 60060 | Unsecured | | $44,475.00 | $0.00 | $44,475.00 |
| 000034 070 7100-00 | Paul's Hardwood Flooring, Inc.<br>9104 North Mason<br>Morton Grive, IL 60053 | Unsecured | | $31,520.00 | $0.00 | $31,520.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-21149 | | Page 4 | | Date: November 05, 2009 |
| Debtor Name: | INNOVATIONS DESIGN GROUP, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000035 070 7100-00 | John and Laura Mech 1004 Cherry Street Winnetka, IL 60093-2113 | Unsecured | | $23,989.25 | $0.00 | $23,989.25 |
| 000036 070 7100-00 | Stock Building Supply 1331 Davis Road Elgin, IL 60123 | Unsecured | | $182.70 | $0.00 | $182.70 |
| 000037 070 7100-00 | Joseph and Colleen Chappelle 2728 Lincoln Street Evanston, IL 60201 | Unsecured | | $158,429.72 | $0.00 | $158,429.72 |
| 000038 070 7100-00 | Sid and Leone Levitz 1198 Franklin Lane Buffalo Grove, IL 60089-1225 | Unsecured | | $12,165.99 | $0.00 | $12,165.99 |
| 000039 070 7100-00 | M&W Decorating Service 1339 South Tess Lane Round Lake, IL 60073 | Unsecured | | $11,920.00 | $0.00 | $11,920.00 |
| 000040 070 7100-00 | Earthstone Surfaces 511 North Avenue Libertyville, IL 60048 | Unsecured | | $1,531.50 | $0.00 | $1,531.50 |
| 000041 070 7100-00 | ARC Disposal & Recycling Co. 2101 South Busse Mt. Prospect, IL 60046 | Unsecured | | $463.10 | $0.00 | $463.10 |
| 000042 070 7100-00 | M&W Decorating Service 1339 South Tess Lane Round Lake, IL 60073 | Unsecured | | $8,060.00 | $0.00 | $8,060.00 |
| 000045 080 7200-00 | Illinois Dept of Employment Security 33 South State Street Chicago, IL 60603 | Unsecured | | $280.00 | $0.00 | $280.00 |
| 000046 070 7100-00 | Omni Commercial Services, Inc. P.O. Box 224 Algonquin, IL 60102-0224 | Unsecured | | $675.00 | $0.00 | $675.00 |
| 000010 050 4210-00 | Omni Commercial Services, Inc. P.O. Box 224 Algonquin, IL 60102 | Secured | | $11,625.00 | $11,625.00 | $0.00 |
| 000033 050 4120-00 | Liberty Bell Electric Inc. 22224 Highway 176 Mundelein, IL 60060 | Secured | | $15,900.00 | $15,900.00 | $0.00 |
| 000043 041 4110-00 | Cornerstone National Bank & Trust Co. c/o Dowd & Associates 701 Lee Street, #790 Des Plaines, IL 60016 | Secured | | $85,000.00 | $80,000.00 | $5,000.00 |

CREGISTR
**UST Form 101-7-TFR (9/1/2009)** *(Page: 11)*

Printed: 11/05/09 11:48 AM         Ver: 15.02

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-21149 | | Page 5 | | | Date: November 05, 2009 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | INNOVATIONS DESIGN GROUP, INC. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | Case Totals: | | | $867,054.79 | $128,835.43 | $738,219.36 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-21149 JBS
Case Name: INNOVATIONS DESIGN GROUP, INC.
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Cornerstone National Bank & Trust Co. | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $_____ | $_____ |
| Attorney for trustee: DLA Piper US LLP | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) *(Page: 13)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000015 | Holly Napravnik | $ | $ |
| 000016 | Robert S. Kornfeind | $ | $ |
| 000017 | Jozef Zachara | $ | $ |
| 000018 | Marian Szwarcenberg | $ | $ |
| 000020 | William R. Ruth | $ | $ |
| 000021 | Shay L. Tomlinson | $ | $ |
| 000023 | Donald J Wojciuch | $ | $ |
| 000028B | Sean and Tracy McGonable | $ | $ |
| 000035B | John and Laura Mech | $ | $ |
| 000045B | Illinois Dept of Employment Security | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | R Value, Inc. | $ | $ |
| 000002 | Stonecrafters | $ | $ |
| 000003 | Vutec Corporation | $ | $ |
| 000004 | Tom Madelinski | $ | $ |
| 000005 | Hico Group | $ | $ |
| 000006 | Kessler, Orlean, Silver & Co. | $ | $ |
| 000007 | Studio 41 | $ | $ |
| 000008 | Ron Bow Material Corp. | $ | $ |
| 000009 | ARC Disposal & Recycling Co. | $ | $ |
| 000011 | Sorrento | $ | $ |
| 000012 | Lakeview Appliance Distributing | $ | $ |
| 000013 | Novak & Parker | $ | $ |
| 000014 | Marble & Tile Design, Inc. | $ | $ |
| 000019 | A Roofing Cedar Works | $ | $ |
| 000022 | Sherri Fink | $ | $ |
| 000024 | Northwest Millwork | $ | $ |
| 000025 | Heat Cool Service Co. | $ | $ |
| 000026 | American Express Bank FSB | $ | $ |
| 000027 | American Express Bank FSB | $ | $ |
| 000028 | Sean and Tracy McGonagle | $ | $ |
| 000029 | Menoni & Mocogai, Inc. | $ | $ |
| 000030 | James and Stacy Rechtin | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000031* | *John and Stacey Schimka* | $ | $ |
| *000032* | *Jonathan Fleisher* | $ | $ |
| *000034* | *Paul's Hardwood Flooring, Inc.* | $ | $ |
| *000035* | *John and Laura Mech* | $ | $ |
| *000036* | *Stock Building Supply* | $ | $ |
| *000037* | *Joseph and Colleen Chappelle* | $ | $ |
| *000038* | *Sid and Leone Levitz* | $ | $ |
| *000039* | *M&W Decorating Service* | $ | $ |
| *000040* | *Earthstone Surfaces* | $ | $ |
| *000041* | *ARC Disposal & Recycling Co.* | $ | $ |
| *000042* | *M&W Decorating Service* | $ | $ |
| *000033A* | *Liberty Bell Electric Inc.* | $ | $ |

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

   The amount of surplus returned to the debtor after payment of all claims and interest is $      .