# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
INNOVATIONS DESIGN GROUP, INC. §    Case No. 07-21149 JBS
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/04/2009          By: _____

PHILIP V. MARTINO
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
INNOVATIONS DESIGN GROUP, INC.      §    Case No. 07-21149 JBS
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 191,425.29 |
| and approved disbursements of | $ | 137,694.47 |
| leaving a balance on hand of[1] | $ | 53,730.82 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| Cornerstone National Bank & Trust Co. | $ 5,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee: PHILIP V. MARTINO | $ 12,821.26 | $ 0.00 |
| Attorney for trustee: DLA Piper US LLP | $ 18,299.10 | $ 248.90 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd. | $ 6,340.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 19,958.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000015* | *Holly Napravnik* | $ 579.15 | $ 319.81 |
| *000016* | *Robert S. Kornfeind* | $ 2,059.00 | $ 1,137.00 |
| *000017* | *Jozef Zachara* | $ 1,141.71 | $ 630.46 |
| *000018* | *Marian Szwarcenberg* | $ 5,270.00 | $ 2,910.14 |
| *000020* | *William R. Ruth* | $ 2,240.00 | $ 1,236.95 |
| *000021* | *Shay L. Tomlinson* | $ 1,217.90 | $ 672.53 |
| *000023* | *Donald J Wojciuch* | $ 1,749.41 | $ 966.04 |
| *000028B* | *Sean and Tracy McGonable* | $ 2,425.00 | $ 1,339.10 |
| *000035B* | *John and Laura Mech* | $ 2,425.00 | $ 1,339.10 |
| *000045B* | *Illinois Dept of Employment Security* | $ 851.00 | $ 469.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 687,417.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | R Value, Inc. | $ 2,075.00 | $ 0.00 |
| 000002 | Stonecrafters | $ 6,666.99 | $ 0.00 |
| 000003 | Vutec Corporation | $ 1,429.19 | $ 0.00 |
| 000004 | Tom Madelinski | $ 3,012.77 | $ 0.00 |
| 000005 | Hico Group | $ 1,112.00 | $ 0.00 |
| 000006 | Kessler, Orlean, Silver & Co. | $ 2,625.00 | $ 0.00 |
| 000007 | Studio 41 | $ 14,707.85 | $ 0.00 |
| 000008 | Ron Bow Material Corp. | $ 2,579.60 | $ 0.00 |
| 000009 | ARC Disposal & Recycling Co. | $ 3,265.80 | $ 0.00 |
| 000011 | Sorrento | $ 20,786.10 | $ 0.00 |
| 000012 | Lakeview Appliance Distributing | $ 8,030.00 | $ 0.00 |
| 000013 | Novak & Parker | $ 1,187.00 | $ 0.00 |
| 000014 | Marble & Tile Design, Inc. | $ 27,630.00 | $ 0.00 |
| 000019 | A Roofing Cedar Works | $ 15,200.00 | $ 0.00 |
| 000022 | Sherri Fink | $ 6,195.70 | $ 0.00 |
| 000024 | Northwest Millwork | $ 25,349.26 | $ 0.00 |
| 000025 | Heat Cool Service Co. | $ 13,545.35 | $ 0.00 |
| 000026 | American Express Bank FSB | $ 31,020.16 | $ 0.00 |
| 000027 | American Express Bank FSB | $ 5,184.61 | $ 0.00 |
| 000028 | Sean and Tracy McGonagle | $ 12,930.43 | $ 0.00 |
| 000029 | Menoni & Mocogai, Inc. | $ 1,362.66 | $ 0.00 |
| 000030 | James and Stacy Rechtin | $ 33,367.00 | $ 0.00 |
| 000031 | John and Stacey Schimka | $ 111,129.60 | $ 0.00 |
| 000032 | Jonathan Fleisher | $ 44,288.36 | $ 0.00 |
| 000034 | Paul's Hardwood Flooring, Inc. | $ 31,520.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000035 | John and Laura Mech | $ 23,989.25 | $ 0.00 |
| 000036 | Stock Building Supply | $ 182.70 | $ 0.00 |
| 000037 | Joseph and Colleen Chappelle | $ 158,429.72 | $ 0.00 |
| 000038 | Sid and Leone Levitz | $ 12,165.99 | $ 0.00 |
| 000039 | M&W Decorating Service | $ 11,920.00 | $ 0.00 |
| 000040 | Earthstone Surfaces | $ 1,531.50 | $ 0.00 |
| 000041 | ARC Disposal & Recycling Co. | $ 463.10 | $ 0.00 |
| 000042 | M&W Decorating Service | $ 8,060.00 | $ 0.00 |
| 000033A | Liberty Bell Electric Inc. | $ 44,475.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*PHILIP V. MARTINO*
*203 NORTH LASALLE STREET*
*SUITE 1800*
*CHICAGO, IL 60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina                Page 1 of 2                   Date Rcvd: Dec 08, 2009
Case: 07-21149                 Form ID: pdf006              Total Noticed: 109

The following entities were noticed by first class mail on Dec 10, 2009.
db           +Innovations Design Group, Inc.,    514 W. Northwest Highway,    Mt. Prospect, IL 60056-2315
aty          +DLA Piper US LLP,    203 N Lasalle Street,,    Ste 1900,    Chicago, IL 60601-1263
aty          +James R Irving,    DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty          +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty          +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
               Chicago, IL 60601-1263
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
11742186     +A Roofing Cedar Works,    1319 Adams Street,    North Chicago, IL 60064-1418
11742191     +ARC Disposal & Recycling Co.,    2101 S. Busse,    Mt. Prospect, IL 60056-5566
11742187      Acorn Kitchens Limited,    56 Trillium Park Place,    Kitchener,    Ontario Canada,    N2E 1X1
12557718      Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11742188      Advanta Business Card,    P.O. Box 8088,    Philadelphia, PA 19101-8088
11742189      American Express Bank FSB,    P O Box 3001,    Malvern, PA 19355-0701
11938813      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11742190     +Aquabrass International,    3139 N. Andrews Avenue,    Pompano Beach, FL 33064-2139
11742192      Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11742193      Bravura,    Central Indiana Hardware,    P.O. Box 2025,    Indianapolis, IN 46206-2025
11742194     +Burke Custom Interiors, Inc.,    206 Bradwell Road,    Inverness, IL 60010-5805
11742195      Capital One F.S.B.,    P.O. Box 60067,    City Of Industry, CA 91716-0067
11742196     +Carlos I. Leon,    3444 South Ridgeland,    Berwyn, IL 60402-3844
11742197     +Cedar Roofing Co., Inc.,    27820 N. Irma Lee Circle,    Lake Forest, IL 60045-5134
11742199      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11742200     +Comprehensive Brands, Inc.,    20 Danada Square West,    Wheaton, IL 60189-2000
11742201     +Concrete Connections, Inc.,    1189 Magnolia Street,    Gurnee, IL 60031-3728
11742202     +Contractors Material, Inc.,    2250 North Rand Road,    Palatine, IL 60074-1161
11742203     +Corbett,    512 N. Merrill Street,    Park Ridge, IL 60068-3404
11771491     +Cornerstone National Bank & Trust Co,    c/o Dowd & Associates,    701 Lee St #790,
               Des Plaines, Il 60016-4552
11742204     +Daniel Camacho,    38285 N. Sheridan Road, Apt. 186,    Beach Park, IL 60087-1785
11987098     +Daniel J.Dowd, Esq.,    Attorney for Cornerstone Nat'l Bank & Tr,    701 Lee, #790,
               Des Plaines IL 60016-4552
11742205      Discover,    P.O. Box 6011,    Dover, DE 19903-6011
11742206     +Donald And Jenny Bae,    1384 Arcady Drive,    Lake Forest, IL 60045-3608
11892517     +Donald J Wojciuch,    819 S Dunton,    Arlington Hts, IL 60005-2547
11742207     +Dwight Bohne,    C/O Judith L. Johnson, Esq.,    5796 Archer Avenue,    Chicago, IL 60638-1644
11742210     +ERA USA Real Estate,    1434 East Hintz Road,    Arlington Heights, IL 60004-2207
11742208     +Earthstone Surfaces,    511 North Avenue,    Libertyville, IL 60048-2024
11742209     +Eduardo Fructuoso,    240 Washington,    Highwood, IL 60040-1107
11742211     +Evanston Lumber,    1001 Sherman Avenue,    Evanston, IL 60202-1322
11742212     +Fire & Security Systems, Inc.,    724 E. Kensington Road,    Arlington Heights, IL 60004-6201
11742216      GMAC,    P.O. Box 9001948,    Louisville, KY 40290-1948
11742215     +GMAC,    P.O. Box 2182,    Greeley, CO 80632-2182
11742213     +Gatwood Crane Service, Inc.,    2345 East Hamilton Road,    Arlington Heights, IL 60005-4806
11742214     +George Leon,    3444 S. Ridgeland Avenue,    Berwyn, IL 60402-3844
11742185     +Gierum & Mantas,    9700 W Higgins Road,    Suite 1015,    Rosemont, IL 60018-4712
11742217     +Grant And Lisa Skeens,    453 West Cook Avenue,    Libertyville, IL 60048-1809
11742218      Guillermo Boraisaca,    2230 W. Leamington,    Chicago, IL 60630
11742219     +Hafele,    P.O. Box 75352,    Charlotte, NC 28275-0352
11742220      Harris Bank Barrington,    P.O. Box 6201,    Carol Stream, IL 60197-6201
11742221     +Heat Cool Service Co.,    4001 North Elston Avenue,    Chicago, IL 60618-2121
11742222     +Hico Group,    Cucina Faucets,    931 West 19th Street,    Chicago, IL 60608-3411
11742223     +Holly Napravnik,    1590 Oakwood Avenue,    Des Plaines, IL 60016-6618
11742224     +Illinois Brick Company,    5191 Payshere Circle,    Chicago, IL 60674-0051
12183544     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12701311      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11742228     +JB And Lisa Fleisher,    1244 Linden Avenue,    Highland Park, IL 60035-3455
11742225     +Jaime Cortez,    2432 South Central Avenue,    Cicero, IL 60804-2725
11742226     +James And Stacy Rechtin,    838 North East Avenue,    Oak Park, IL 60302-1543
11742227     +Jamo US, Inc.,    1177 Corporate Grove Drive,    Buffalo Grove, IL 60089-4546
11742229     +Jesse White,    Secretary Of State - Dept. Of Bus. Serv.,    501 S. 2nd Street, Rm. 328,
               Springfield, IL 62756-5500
11952530     +John & Stacey Schimka,    1263 Henry,    Des Plaines, IL 60016-6527
11742230     +John And Laura Mech,    1004 Cherry Street,    Winnetka, IL 60093-2113
12368554     +John G. Harty, Ltd., as Assignee of Evanston Lumbe,    c/o Peter G. Swan,    440 Central Ave,
               Highland Park, IL 60035-2651
11957675     +Jonathan Fleisher,    c/o Stuart Edelstein,    180 North LaSalle Street - Suite 2900,
               Chicago, IL 60601-2700
11742198     +Joseph and Colleen Chappelle,    2728 Lincoln Street,    Evanston, IL 60201-2043
11742231     +Jozef Zachara,    1805 Welwyn,    Des Plaines, IL 60018-3134
11742232     +Juan R. Arana,    3322 S. 57th Avenue,    Cicero, IL 60804-3832
11742233     +KB Plumbing, Inc.,    780 N. St. Mary's Road,    Libertyville, IL 60048-1632
11742234     +Kessler, Orlean, Silver & Co.,    1101 Lake Cook Road, Ste. C,    Deerfield, IL 60015-5233
11742235     +Keyth Security,    1575 Oakwood Avenue,    Highland Park, IL 60035-3687
11742236     +Lakeview Appliance Distributing,    Attn: Daniel,    1065 Thorndale Ave,
               Bensenville, IL 60106-1141
11742237     +Lee And Dana Kotler,    2707 North Lincoln, Unit L,    Chicago, IL 60614-1877
11963702     +Liberty Bell Electric Inc,    22224 Highway 176,    Mundelein, IL 60060-9522
11742238     +M & W Decorating Service,    1339 S. Tess Lane,    Round Lake, IL 60073-5676
11742239      Marble & Tile Design, Inc.,    28915 N. Herley Dive, Suite 112,    Lake Bluff, IL 60044
11742240     +Marian Szwarcenberg,    1805 Welwyn Avenue,    Des Plaines, IL 60018-3134
11742241     +Menoni & Mocogni, Inc.,    2160 Skokie Valley Road,    Highland Park, IL 60035-1731
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2                   Date Rcvd: Dec 08, 2009
Case: 07-21149                Form ID: pdf006            Total Noticed: 109

11742242     +Midwest Jobbers, Inc.,    3620 Ohio Avenue,    St. Charles, IL 60174-5496
11742243     +Miguel's Construction,    3106 20th Street,    Zion, IL 60099-1482
11742246     +NKBA Chicago Midwest Chapter,    C/O Alan Lincoln Yates/Lincoln Kitchens,    1104 Shiloh Boulevard,
               Zion, IL 60099-2644
11742244     +Nick Stier,    602 Grant Street,    Harvard, IL 60033-2468
11742245     +Nick's Construction Of Illinois, Inc.,    3487 Grandmore Avenue,    Gurnee, IL 60031-3753
11742247     +Noe Montesinos,    2602 Rohlwing Road,    Rolling Meadows, IL 60008-1357
11742248     +Northwest Millwork,    455 East Jarvis Avenue,    Des Plaines, IL 60018-1951
11742249     +Novak & Parker,    1016 E. Northwest Highway,    Mt. Prospect, IL 60056-3493
11742250     +Omni Commercial Services, Inc.,    P.O. Box 224,    Algonquin, IL 60102-0224
11742251     +Owl Lumber,    926 South Graceland,    Des Plaines, IL 60016-6510
11742252     +Paul's Hardwood Flooring, Inc.,    9104 North Mason,    Morton Grove, IL 60053-2459
11742253     +Plain & Fancy,    P.O. Box 519,    Schaefferstown, PA 17088-0519
11742254     +R Value, Inc.,    P.O. Box 298,    Round Lake Beach, IL 60073-0298
11742255     +Rob And Laura Ryndak,    407 Prospect Manor,    Mt. Prospect, IL 60056-2045
11742256     +Robert S. Kornfeind,    1152 Pheasant Ridge,    Lake Zurich, IL 60047-7125
11742257     +Rolfe/Passmore,    729 Judson,    Evanston, IL 60202-2505
11742258     +Ron Bow Material Corp.,    C/O Accounting Dept. 3850,    38503-I Cherry Street,
               Newark, CA 94560-4717
11742259     +Scandia Painting & Decorating Co.,    410 Dara James Road,    Des Plaines, IL 60016-2713
11742260     +Sean And Tracy McGonagle,    5 Poplar Court,    Buffalo Grove, IL 60089-3316
11742261     +Shay L. Tomlinson,    203 Sandbloom Road, Apt. 8,    Algonquin, IL 60102-3048
11742262     +Sherri Fink,    918 W. Crescent,    Park Ridge, IL 60068-3953
11742263      Sid And Leone Levitz,    1198 Franklin Lane,    Buffalo Grove, IL 60089-1225
11742264      Sorrento,    Decor Cabinets,    P.O. Box 2110,    Morden MB Canada,    R6M 1B8
11742265     +Step 1 Stairworks, Inc.,    201 N. Somonauk Road,    Hinckley, IL 60520-6254
11742266     +Stock Building Supply,    1331 Davis Rd,    Elgin, IL 60123-1319
11742267     +Stone Design, Inc.,    598 Mitchell Road,    Glendale Heights, IL 60139-2581
11742268     +Stonecrafters,    430 Wegner Road,    Lakemoor, IL 60051-8653
11742269     +Studio 41,    3160 Skokie Valley Road,    Highland Park, IL 60035-1051
11742270     +Switch Gear,    252 Howard Avenue,    Des Plaines, IL 60018-1906
11742271     +Tom And Lisa George,    418 S. Na Wa Ta,    Mt. Prospect, IL 60056-3622
11742272     +Tom Madelinski,    Fresh Look Construction,    1409 Henry Avenue,    Des Plaines, IL 60016-6640
11742273     +Top Knobbs,    P.O. Box 779,    Belle Mead, NJ 08502-0779
11742274     +Vijay And Jolie Patel,    2920 E. Woodbury Drive,    Arlington Heights, IL 60004-7200
11742275     +Vutec Corporation,    2741 NE 4 Avenue,    Pompano Beach, FL 33064-5407
11742276     +William R. Ruth,    2910 Geneva Lane,    Lake In The Hills, IL 60156-6372

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12589850*      Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11742184*     +Innovations Design Group Inc,    514 W Northwest Highway,    Mt. Prospect, IL 60056-2315
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2009**          **Signature:**    *Joseph Speetjens*