# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INNOVATIONS DESIGN GROUP, INC. | § | Case No. 07-21149 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 27,700.00                    Assets Exempt: 0.00

Total Distributions to Claimants: 125,789.53         Claims Discharged
Without Payment: 1,075,628.01

Total Expenses of Administration: 65,643.19

3) Total gross receipts of $ 191,432.72  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 191,432.72  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 176,766.44 | $ 200,916.05 | $ 180,661.42 | $ 114,761.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,784.76 | 65,643.19 | 65,643.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 29,884.56 | 19,958.17 | 19,958.17 | 11,028.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 449,843.91 | 687,417.69 | 687,417.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 656,494.91 | $ 934,076.67 | $ 953,680.47 | $ 191,432.72 |

4)  This case was originally filed under chapter 7 on  11/12/2007 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/20/2010             By:/s/PHILIP V. MARTINO
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 184 Cornell Avenue, DesPlaines, IL | 1110-000 | 94,250.00 |
| ACCOUNTS RECEIVABLE | 1121-000 | 59,388.47 |
| 1/2 INTEREST IN 2003 JEEP LIBERTY | 1129-000 | 4,000.00 |
| 2001 CHEVROLET PICK UP TRUCK | 1129-000 | 1,700.00 |
| 2004 CHEVROLET PICK UP TRUCK | 1129-000 | 5,100.00 |
| OFFICE EQUIPMENT | 1129-000 | 3,006.30 |
| SHOWROOM DISPLAYS | 1129-000 | 10,594.65 |
| Post-Petition Interest Deposits | 1129-000 | 11.92 |
| Settlent of contract | 1221-000 | 3,511.12 |
| IRS TAX REFUND | 1224-000 | 9,376.03 |
| Escrow Refund from Mount Prospect | 1229-000 | 400.00 |
| Post-Petition Interest Deposits | 1270-000 | 94.23 |
| **TOTAL GROSS RECEIPTS** | | **$ 191,432.72** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cornerstone National Bank & Trust Co. | | 173,860.25 | NA | NA | 0.00 |
| GMAC | | 1,672.17 | NA | NA | 0.00 |
| Harris Bank Barrington | | 1,234.02 | NA | NA | 0.00 |
| CORNERSTONE NATIONAL BANK & TRUST C | 4110-000 | NA | 105,254.63 | 85,000.00 | 35,000.00 |
| LIBERTY BELL ELECTRIC INC. | 4120-000 | NA | 15,900.00 | 15,900.00 | 0.00 |
| CORNERSTONE NATIONAL BANK & TRUST C | 4210-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| GMAC | 4210-000 | NA | 2,236.42 | 2,236.42 | 2,236.42 |
| LIBERTY BELL ELECTRIC, INC. | 4210-000 | NA | 15,900.00 | 15,900.00 | 15,900.00 |
| OMNI COMMERCIAL SERVICES, INC. | 4210-000 | NA | 11,625.00 | 11,625.00 | 11,625.00 |
| **TOTAL SECURED CLAIMS** | | $ 176,766.44 | $ 200,916.05 | $ 180,661.42 | $ 114,761.42 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 12,821.64 | 12,821.64 | 12,821.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 72.88 | 72.88 | 72.88 |
| DLA PIPER US LLP | 3110-000 | NA | 0.00 | 38,299.10 | 38,299.10 |
| DLA PIPER US LLP | 3120-000 | NA | 0.00 | 1,559.33 | 1,559.33 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 6,340.50 | 6,340.50 | 6,340.50 |
| CHICAGO LIQUIDATORS | 3630-000 | NA | 5,074.75 | 5,074.75 | 5,074.75 |
| CHICAGO LIQUIDATORS | 3640-000 | NA | 1,474.99 | 1,474.99 | 1,474.99 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,784.76 | $ 65,643.19 | $ 65,643.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carlos I. Leon | | 1,326.40 | NA | NA | 0.00 |
| Daniel Camacho | | 1,176.11 | NA | NA | 0.00 |
| Eduardo Fructuoso | | 1,151.84 | NA | NA | 0.00 |
| George Leon | | 968.19 | NA | NA | 0.00 |
| Grant and Lisa Skeens | | 2,425.00 | NA | NA | 0.00 |
| Guillermo Boraisaca | | 704.43 | NA | NA | 0.00 |
| Jaime Cortez | | 1,243.72 | NA | NA | 0.00 |
| James and Stacy Rechtin | | 2,425.00 | NA | NA | 0.00 |
| Juan R. Arana | | 1,430.95 | NA | NA | 0.00 |
| Nick Stier | | 881.10 | NA | NA | 0.00 |
| Nobles | | 326.09 | NA | NA | 0.00 |
| Noe Montesinos | | 1,431.12 | NA | NA | 0.00 |
| DONALD J WOJCIUCH | 5300-000 | NA | 1,749.41 | 1,749.41 | 966.66 |
| HOLLY NAPRAVNIK | 5300-000 | 579.15 | 579.15 | 579.15 | 320.02 |
| JOZEF ZACHARA | 5300-000 | 1,141.74 | 1,141.71 | 1,141.71 | 630.86 |
| MARIAN SZWARCENBERG | 5300-000 | 3,847.07 | 5,270.00 | 5,270.00 | 2,912.00 |
| ROBERT S. KORNFEIND | 5300-000 | 1,525.86 | 2,059.00 | 2,059.00 | 1,137.72 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHAY L. TOMLINSON | 5300-000 | 1,217.90 | 1,217.90 | 1,217.90 | 672.96 |
| WILLIAM R. RUTH | 5300-000 | 1,232.89 | 2,240.00 | 2,240.00 | 1,237.74 |
| JOHN AND LAURA MECH | 5600-000 | 2,425.00 | 2,425.00 | 2,425.00 | 1,339.96 |
| SEAN AND TRACY MCGONABLE | 5600-000 | 2,425.00 | 2,425.00 | 2,425.00 | 1,339.96 |
| ILLINOIS DEPT OF EMPLOYMENT SECURIT | 5800-000 | NA | 851.00 | 851.00 | 470.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 29,884.56 | $ 19,958.17 | $ 19,958.17 | $ 11,028.11 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Acorn Kitchens Limited | | 624.51 | NA | NA | 0.00 |
| Advanta Business Card | | 37,193.04 | NA | NA | 0.00 |
| Aquabrass International | | 28.92 | NA | NA | 0.00 |
| Bank of America | | 7,594.81 | NA | NA | 0.00 |
| Bravura | | 965.16 | NA | NA | 0.00 |
| Burke Custom Interiors, Inc. | | 7,960.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One F.S.B. | | 14,343.12 | NA | NA | 0.00 |
| Cedar Roofing Co., Inc. | | 16,075.00 | NA | NA | 0.00 |
| Chase | | 17,312.68 | NA | NA | 0.00 |
| Comprehensive Brands Inc. | | 2,698.00 | NA | NA | 0.00 |
| Concrete Connections Inc. | | 2,060.00 | NA | NA | 0.00 |
| Contractors Material Inc. | | 4,517.29 | NA | NA | 0.00 |
| Discover | | 7,839.00 | NA | NA | 0.00 |
| Dwight Bohne | | 0.00 | NA | NA | 0.00 |
| ERA USA Real Estate | | 4,500.00 | NA | NA | 0.00 |
| Evanston Lumber | | 67,519.52 | NA | NA | 0.00 |
| Fire & Security Systems Inc. | | 78.00 | NA | NA | 0.00 |
| GMAC | | 557.39 | NA | NA | 0.00 |
| Gatwood Crane Service, Inc. | | 2,502.28 | NA | NA | 0.00 |
| Hafele | | 256.40 | NA | NA | 0.00 |
| Illinois Brick Company | | 1,109.10 | NA | NA | 0.00 |
| Jamo US, Inc. | | 192.34 | NA | NA | 0.00 |
| Jesse White, SOS of Illinois | | 78.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KB Plumbing Inc. | | 10,100.00 | NA | NA | 0.00 |
| Keyth Security | | 216.25 | NA | NA | 0.00 |
| Menoni & Mocogni, Inc. | | 1,362.66 | NA | NA | 0.00 |
| Midwest Jobbers, Inc. | | 52.66 | NA | NA | 0.00 |
| Miguel's Construction | | 7,600.00 | NA | NA | 0.00 |
| NKBA Chicago Midwest Chapter | | 300.00 | NA | NA | 0.00 |
| Nick's Construction of Illinois, Inc. | | 16,601.00 | NA | NA | 0.00 |
| Omni Commercial Services, Inc. | | 11,625.00 | NA | NA | 0.00 |
| Owl Lumber | | 626.88 | NA | NA | 0.00 |
| Plain & Fancy | | 9,883.02 | NA | NA | 0.00 |
| Scandia Painting & Decorating Co. | | 1,300.00 | NA | NA | 0.00 |
| Step 1 Stairworks, Inc. | | 1,970.00 | NA | NA | 0.00 |
| Stone Design Inc. | | 1,549.00 | NA | NA | 0.00 |
| Summit Media | | 87.00 | NA | NA | 0.00 |
| Switch Gear | | 145.00 | NA | NA | 0.00 |
| Top Knobbs | | 174.28 | NA | NA | 0.00 |
| A ROOFING CEDAR WORKS | 7100-000 | 14,985.00 | 15,200.00 | 15,200.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | 7100-000 | 19,530.89 | 31,020.16 | 31,020.16 | 0.00 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 5,184.61 | 5,184.61 | 0.00 |
| ARC DISPOSAL & RECYCLING CO. | 7100-000 | 882.50 | 3,265.80 | 3,265.80 | 0.00 |
| ARC DISPOSAL & RECYCLING CO. | 7100-000 | NA | 463.10 | 463.10 | 0.00 |
| EARTHSTONE SURFACES | 7100-000 | 3,071.00 | 1,531.50 | 1,531.50 | 0.00 |
| HEAT COOL SERVICE CO. | 7100-000 | 6,606.00 | 13,545.35 | 13,545.35 | 0.00 |
| HICO GROUP | 7100-000 | 1,112.00 | 1,112.00 | 1,112.00 | 0.00 |
| JAMES AND STACY RECHTIN | 7100-000 | NA | 33,367.00 | 33,367.00 | 0.00 |
| JOHN AND LAURA MECH | 7100-000 | NA | 23,989.25 | 23,989.25 | 0.00 |
| JOHN AND STACEY SCHIMKA | 7100-000 | NA | 111,129.60 | 111,129.60 | 0.00 |
| JONATHAN FLEISHER | 7100-000 | NA | 44,288.36 | 44,288.36 | 0.00 |
| JOSEPH AND COLLEEN CHAPPELLE | 7100-000 | NA | 158,429.72 | 158,429.72 | 0.00 |
| KESSLER, ORLEAN, SILVER & CO. | 7100-000 | 1,500.00 | 2,625.00 | 2,625.00 | 0.00 |
| LAKEVIEW APPLIANCE DISTRIBUTING | 7100-000 | 8,030.00 | 8,030.00 | 8,030.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LIBERTY BELL ELECTRIC INC. | 7100-000 | NA | 44,475.00 | 44,475.00 | 0.00 |
| M&W DECORATING SERVICE | 7100-000 | 14,695.00 | 11,920.00 | 11,920.00 | 0.00 |
| M&W DECORATING SERVICE | 7100-000 | NA | 8,060.00 | 8,060.00 | 0.00 |
| MARBLE & TILE DESIGN, INC. | 7100-000 | 30,070.00 | 27,630.00 | 27,630.00 | 0.00 |
| MENONI & MOCOGAI, INC. | 7100-000 | NA | 1,362.66 | 1,362.66 | 0.00 |
| NORTHWEST MILLWORK | 7100-000 | 10,733.95 | 25,349.26 | 25,349.26 | 0.00 |
| NOVAK & PARKER | 7100-000 | 1,187.00 | 1,187.00 | 1,187.00 | 0.00 |
| PAUL'S HARDWOOD FLOORING, INC. | 7100-000 | 11,000.00 | 31,520.00 | 31,520.00 | 0.00 |
| R VALUE, INC. | 7100-000 | 2,075.00 | 2,075.00 | 2,075.00 | 0.00 |
| RON BOW MATERIAL CORP. | 7100-000 | 243.60 | 2,579.60 | 2,579.60 | 0.00 |
| SEAN AND TRACY MCGONAGLE | 7100-000 | 26,055.43 | 12,930.43 | 12,930.43 | 0.00 |
| SHERRI FINK | 7100-000 | 2,425.00 | 6,195.70 | 6,195.70 | 0.00 |
| SID AND LEONE LEVITZ | 7100-000 | NA | 12,165.99 | 12,165.99 | 0.00 |
| SORRENTO | 7100-000 | 20,817.20 | 20,786.10 | 20,786.10 | 0.00 |
| STOCK BUILDING SUPPLY | 7100-000 | 182.70 | 182.70 | 182.70 | 0.00 |
| STONECRAFTERS | 7100-000 | 5,117.99 | 6,666.99 | 6,666.99 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STUDIO 41 | 7100-000 | 8,497.15 | 14,707.85 | 14,707.85 | 0.00 |
| TOM MADELINSKI | 7100-000 | NA | 3,012.77 | 3,012.77 | 0.00 |
| VUTEC CORPORATION | 7100-000 | 1,429.19 | 1,429.19 | 1,429.19 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 449,843.91 | $ 687,417.69 | $ 687,417.69 | $ 0.00 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 07-21149    JBS    Judge: JACK B. SCHMETTERER
Case Name: INNOVATIONS DESIGN GROUP, INC.

For Period Ending: 05/20/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 11/12/07 (f)
34(a) Meeting Date: 12/12/07
Claims Bar Date: 02/21/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CORNERSTONE NATIONAL BANK CHECKING | 700.00 | 0.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE | 465,679.99 | 59,388.47 | | 59,388.47 | FA |
| 3. 1/2 INTEREST IN 2003 JEEP LIBERTY | 4,500.00 | 4,000.00 | | 4,000.00 | FA |
| 4. 2001 CHEVROLET PICK UP TRUCK | 5,225.00 | 1,700.00 | | 1,700.00 | FA |
| 5. 2003 CHEVROLET CARGO TRUCK | 10,000.00 | Unknown | DA | 0.00 | FA |
| 6. 2004 CHEVROLET PICK UP TRUCK | 11,550.00 | 5,100.00 | | 5,100.00 | FA |
| 7. 2005 CHEVROLET SUBURBAN | 17,000.00 | 0.00 | DA | 0.00 | FA |
| Automatic Stay invoked | | | | | |
| 8. OFFICE EQUIPMENT | 2,000.00 | 3,006.30 | | 3,006.30 | FA |
| 9. SHOWROOM DISPLAYS | 162,000.00 | 9,727.70 | | 10,594.65 | FA |
| 10. Settlent of contract (u) | 0.00 | 3,511.12 | | 3,511.12 | FA |
| 11. IRS TAX REFUND (u) | 0.00 | 9,376.03 | | 9,376.03 | FA |
| 12. 184 Cornell Avenue, DesPlaines, IL | 0.00 | 94,250.00 | | 94,250.00 | FA |
| 13. Escrow Refund from Mount Prospect (u) | 0.00 | 400.00 | | 400.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 106.15 | Unknown |
| TOTALS (Excluding Unknown Values) | $678,654.99 | $190,459.62 | | $191,432.72 | |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 01/28/10

UST Form 101-7-TDR (9/1/2009) (Page: 13)

LFORM1

Ver: 15.08

Page: 1
Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-21149 -JBS
Case Name: INNOVATIONS DESIGN GROUP, INC.
Taxpayer ID No: *******3579
For Period Ending: 05/20/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5961 BofA – Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/16/08 | 9 | Lakeview Appliance Distributing 1065 Thorndale Avenue Bensenville, IL 60106 | Deposit for purchase of showroom di | 1129-000 | 5,100.00 | | 5,100.00 |
| 01/23/08 | 10 | Jolie K and Vijay Patel | Settlement | 1221-000 | 3,511.12 | | 8,611.12 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.61 | | 8,611.73 |
| 02/05/08 | 000301 | International Sureties, Ltd | Bond #016026455 Pro Rata Share | 2300-000 | | 72.88 | 8,538.85 |
| 02/22/08 | 2 | Robert and Elain Haren | Accounts Receivable | 1121-000 | 1,500.00 | | 10,038.85 |
| 02/22/08 | 2 | Paul and Roberta Keeshin | Accounts Receivable | 1121-000 | 4,000.00 | | 14,038.85 |
| 02/22/08 | 2 | Robert and Laura Ryndak | Accounts Receivable | 1121-000 | 2,500.00 | | 16,538.85 |
| 02/22/08 | 2 | Ronald and Gloria Sterkowicz | Accounts Receivable | 1121-000 | 1,070.20 | | 17,609.05 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.19 | | 17,611.24 |
| 03/10/08 | 2 | Robert and Katherine Sparr | Accounts Receivable | 1121-000 | 3,500.00 | | 21,111.24 |
| 03/19/08 | 9 | Daniel and Krena Signorini | Offer to Purchase | 1129-000 | 500.00 | | 21,611.24 |
| 03/27/08 | 11 | United States Treasury | Tax Refund | 1224-000 | 9,376.03 | | 30,987.27 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.73 | | 30,992.00 |
| 04/22/08 | 12 | Kevin and Eileen Nolteby | Void | 1110-003 | 24,668.86 | | 55,660.86 |
| 04/22/08 | 12 | Kevin and Eileen Nolteby | VOID | 1110-003 | -24,668.86 | | 30,992.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.35 | | 30,998.35 |
| 05/05/08 | 3 | Stacey Schimka 1263 Henry Avenue Des Plaines, IL 60016 | Sale of Auto | 1129-000 | 4,000.00 | | 34,998.35 |
| 05/12/08 | 12 | Colonial Savings/Nolteby | Real Estate | 1110-000 | 69,581.14 | | 104,579.49 |
| 05/12/08 | 12 | Kevin and Eileen Nolteby | Real Estate | 1110-000 | 24,668.86 | | 129,248.35 |
| 05/22/08 | 000302 | Cornerstone National Bank & Trust Co. | Secured Interest | 4110-000 | | 30,000.00 | 99,248.35 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 10.75 | | 99,259.10 |
| 06/20/08 | 2 | Alfred E. Hackbarth, III | Accounts Receivable | 1121-000 | 9,117.08 | | 108,376.18 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.56 | | 108,388.74 |
| 07/23/08 | 000303 | Omni Commercial Services, Inc. | Subcontractor - Lien | 4210-000 | | 11,625.00 | 96,763.74 |
| 07/23/08 | 000304 | Liberty Bell Electric, Inc. | Mechanics lien | 4210-000 | | 15,900.00 | 80,863.74 |

Page Subtotals: 138,461.62   57,597.88

Page: 2
Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-21149 -JBS | | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******3579 | | | Account Number / CD #: | ******5961 BofA - Money Market Account |
| For Period Ending: | 05/20/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/08 | 000305 | Cornerstone National Bank & Trust Co | Business Loan | 4210-000 | | 50,000.00 | 30,863.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.27 | | 30,877.01 |
| 08/04/08 | 13 | Village of Mount Prospect | Escrow Refund | 1229-000 | 400.00 | | 31,277.01 |
| 08/12/08 | 9 | Kenneth and Kristin Sorensen | Sale of Door | 1129-000 | 300.00 | | 31,577.01 |
| 08/21/08 | 2 | Brosel, Inc. | Settlement | 1121-000 | 24,701.19 | | 56,278.20 |
| 08/25/08 | 2 | G Wood Construction Inc. | Accounts Receivable | 1121-000 | 10,000.00 | | 66,278.20 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.30 | | 66,283.50 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.15 | | 66,291.65 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.43 | | 66,298.08 |
| 11/07/08 | 000306 | GMAC | Payoff for 2004 Silverado, VIN 1GCHC24U64E161870 Payoff of Truck to get Title. | 4210-000 | | 2,236.42 | 64,061.66 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.33 | | 64,066.99 |
| 12/04/08 | 2 | Mary Black | Settlement | 1121-000 | 3,000.00 | | 67,066.99 |
| 12/09/08 | 000307 | DLA Piper LLP (US) | Attorney Fees The amount sought was $32,418.50. Court allowed $20,000 in fees. Remainder to be considered at closing. Fees  20,000.00 | 3110-000 | | 21,310.43 | 45,756.56 |
| | | | Expenses  1,310.43 | 3120-000 | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.82 | | 45,759.38 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,759.77 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 45,760.12 |
| 03/25/09 | * NOTE * | Chicago Liquidators | Final Consignment Payment Memo Amount:  14,500.95 | 1129-000 | 7,951.21 | | 53,711.33 |
| | | CHICAGO LIQUIDATORS | * NOTE * Properties 4, 6, 8, 9 Memo Amount:  ( 1,474.99 ) | 3640-000 | | | |
| | | CHICAGO LIQUIDATORS | Costs Memo Amount:  ( 5,074.75 ) | 3630-000 | | | |
| | | | Page Subtotals | | 46,394.44 | 73,546.85 | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 07-21149 -JBS | | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******3579 | | | Account Number / CD #: | *******5961  BofA – Money Market Account | |
| For Period Ending: | 05/20/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Auctioneer Fees | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 1.54 | | 53,712.87 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.21 | | 53,715.08 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.27 | | 53,717.35 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.21 | | 53,719.56 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.28 | | 53,721.84 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.28 | | 53,724.12 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 2.21 | | 53,726.33 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1129-000 | 2.28 | | 53,728.61 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1129-000 | 2.21 | | 53,730.82 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1129-000 | 2.28 | | 53,733.10 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1129-000 | 2.27 | | 53,735.37 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1129-000 | 2.06 | | 53,737.43 |
| 03/12/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1129-000 | 0.82 | | 53,738.25 |
| 03/12/10 | | Transfer to Acct #*******0454 | Final Posting Transfer | | 9999-000 | | 53,738.25 | 0.00 |

| | | | | | | 184,882.98 | 53,738.25 | 0.00 |
| | | Memo Allocation Receipts: | 14,500.95 | COLUMN TOTALS | | 184,882.98 | 184,882.98 | |
| | | Memo Allocation Disbursements: | 6,549.74 | Less: Bank Transfers/CD's | | 0.00 | 53,738.25 | |
| | | | | Subtotal | | 184,882.98 | 131,144.73 | |
| | | Memo Allocation Net: | 7,951.21 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 184,882.98 | 131,144.73 | |

Page Subtotals    26.92    53,738.25

Ver: 15.08

Page: 4

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-21149  -JBS | | |
| Case Name: | INNOVATIONS DESIGN GROUP, INC. | Trustee Name: | PHILIP V. MARTINO |
| | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******3579 | Account Number / CD #: | *******0454 BofA - Checking Account |
| For Period Ending: | 05/20/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/10 | | Transfer from Acct #*******5961 | Transfer In From MMA Account | 9999-000 | 53,738.25 | | 53,738.25 |
| 03/12/10 | 003001 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 12,821.64 | 40,916.61 |
| 03/12/10 | 003002 | Popower Katten, Ltd. 35 East Wacker Drive Chicago, IL 60601-2124 | Final Distribution Final Distribution | 3410-000 | | 6,340.50 | 34,576.11 |
| 03/12/10 | 003003 | DLA Piper US LLP | Final Distribution Final Distribution Fees                    18,299.10 Expenses                 248.90 | 3110-000 3120-000 | | 18,548.00 | 16,028.11 16,028.11 16,028.11 |
| 03/12/10 | 003004 | Holly Napravnik 1590 Oakwood Avenue Des Plaines, IL 60016 | Claim 000015, Payment 55.25684% | 5300-000 | | 320.02 | 15,708.09 |
| 03/12/10 | 003005 | Robert S. Kornfeind 1152 Pheasant Ridge Lake Zurich, IL  60047 | Claim 000016, Payment 55.25595% | 5300-000 | | 1,137.72 | 14,570.37 |
| 03/12/10 | 003006 | Jozef Zachara 1805 Welwyn Des Plaines, IL  60018 | Claim 000017, Payment 55.25571% | 5300-000 | | 630.86 | 13,939.51 |
| 03/12/10 | 003007 | Marian Szwarcenberg 1805 Welwyn Avenue Des Plaines, IL  60018 | Claim 000018, Payment 55.25617% | 5300-000 | | 2,912.00 | 11,027.51 |
| 03/12/10 | 003008 | William R. Ruth 2910 Geneva Lane Lake In The Hills, IL  60156 | Claim 000020, Payment 55.25625% | 5300-000 | | 1,237.74 | 9,789.77 |
| 03/12/10 | 003009 | Shay L. Tomlinson 203 Sandbloom Road, Apt. 8 Algonquin, IL  60102 | Claim 000021, Payment 55.25577% | 5300-000 | | 672.96 | 9,116.81 |
| | | | | Page Subtotals | 53,738.25 | 44,621.44 | |

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 17)

Ver: 15.08

Page: 5
Exhibit 9

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-21149 -JBS
Case Name: INNOVATIONS DESIGN GROUP, INC.
Taxpayer ID No: *******3579
For Period Ending: 05/20/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0454 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/12/10 | 003010 | Donald J Wojciuch, 819 S Dunton, Arlington Hts, Il 60005 | Claim 000023, Payment 55.25634% | 5300-000 | | 966.66 | 8,150.15 |
| 03/12/10 | 003011 | Sean and Tracy McGonable | Claim 000028B, Payment 55.25608% | 5600-000 | | 1,339.96 | 6,810.19 |
| 03/12/10 | 003012 | John and Laura Mech | Claim 000035B, Payment 55.25608% | 5600-000 | | 1,339.96 | 5,470.23 |
| 03/12/10 | 003013 | Illinois Dept of Employment Security | Claim 000045B, Payment 55.25617% | 5800-000 | | 470.23 | 5,000.00 |
| 03/12/10 | 003014 | Cornerstone National Bank & Trust Co. c/o Dowd & Associates, 701 Lee Street, #790, Des Plaines, IL 60016 | Claim 000043, Payment 5.88235% | 4110-000 | | 5,000.00 | 0.00 |

| | Memo Allocation Receipts: | 0.00 |
|---|---|---|
| | Memo Allocation Disbursements: | 0.00 |
| | Memo Allocation Net: | 0.00 |
| | | |
| | Total Allocation Receipts: | 14,500.95 |
| | Total Allocation Disbursements: | 6,549.74 |
| | Total Memo Allocation Net: | 7,951.21 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | 53,738.25 | 53,738.25 |
| Less: Bank Transfers/CD's | 53,738.25 | 0.00 |
| Subtotal | 0.00 | 53,738.25 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 53,738.25 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******5961 | 184,882.98 | 131,144.73 | 0.00 |
| BofA - Checking Account - *******0454 | 0.00 | 53,738.25 | 0.00 |
| | 184,882.98 | 184,882.98 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 0.00    9,116.81

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  6

Exhibit 9

Case No:            07-21149 -JBS
Case Name:          INNOVATIONS DESIGN GROUP, INC.

Taxpayer ID No:     ******3579
For Period Ending:  05/20/10

Trustee Name:        PHILIP V. MARTINO
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:   ******0454  BofA - Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 19)

Ver: 15.08